```
          ____ FILED      ____ ENTERED.
          ____ LODGED     ____ RECEIVED
```

06-CV-00159-ORD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| THEODORE ANDERSON, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JO ANNE B. BARNHART, ) <br> Commissioner of Social Security, ) <br> ) <br> Defendant. ) <br> ) | Case No. C06-0159-MJP-JPD <br><br> ORDER GRANTING PLAINTIFF'S MOTION FOR ATTORNEY'S FEES AND COSTS |

The Court has ordered that the Commissioner's decision in this case be reversed and remanded for further administrative proceedings. Dkt. No. 17. This matter comes before the Court upon plaintiff's motion for attorney's fees, expenses, and costs. Dkt. No. 18. Defendant filed a response that indicates she does not oppose the motion. Dkt. No. 19. Having carefully reviewed the motion, supporting materials, and the record, the Court ORDERS as follows:

(1) The plaintiff's motion for attorney's fees, expenses, and costs (Dkt. No. 18) is GRANTED. Pursuant to 28 U.S.C. §§ 1920 and 2412, plaintiff is awarded an attorney's fee in the amount of $4,516.76, expenses in the amount of $54.52, and costs in the amount of 124.75.

ORDER GRANTING PLAINTIFF'S MOTION FOR
ATTORNEY'S FEES AND COSTS
PAGE -1

01     (2)    The Clerk is directed to send copies of this order to the parties and to the
02 Honorable Marsha J. Pechman.

03     DATED this __21__ day of ___August___, 2006.

                                                                         /s/ Marsha J. Pechman
06                                                       MARSHA J. PECHMAN
                                                      United States District Judge

08 Recommended for entry
This 21st day of August, 2006.

10 /s/ JAMES P. DONOHUE
    United States Magistrate Judge

ORDER GRANTING PLAINTIFF'S MOTION FOR
ATTORNEY'S FEES AND COSTS
PAGE -2